BEDFORD DOWNS MANAGEMENT
CORPORATION

v.

STATE HARNESS RACING
COMMISSION.

Petition of Valley View Downs, L.P.

Supreme Court of Pennsylvania.

Jan. 19, 2007.

### ORDER

PER CURIAM.

AND NOW, this 19th day of January 2007, the Petition for Allowance of Appeal is GRANTED. We also grant the Joint Application of All Parties and Intervenors for Consolidation of Petitions for Allowance of Appeal to consolidate this appeal with 458 MAL 2006 and 541 MAL 2006. Additionally, we grant the Joint Application of All Parties and Intervenors to Expedite Consideration of Petitions for Allowance of Appeal.

Justice SAYLOR did not participate in the consideration or decision of this matter.

NATIONWIDE INSURANCE
COMPANY, Petitioner,

v.

Paul P. SCHNEIDER, Respondent.

Supreme Court of Pennsylvania.

Feb. 5, 2007.

### ORDER

PER CURIAM.

AND NOW, this 5th day of February, 2007, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issues:

1. Did the Superior Court properly apply the exhaustion rule of UIM litigation to the primary UIM-excess UIM claim contest?

2. Did the Superior Court properly apply the consent to settle rule of UIM motorist litigation in the less than policy limits settlement context?